**IN THE CIRCUIT COURT OF MONROE COUNTY, MISSISSIPPI**

**EDWARD BROWN** **PLAINTIFF**

**VERSUS** **CIVIL CAUSE NO.:** 2024-095-KMM

**WAL-MART STORES, INC** **DEFENDANT**

**COMPLAINT**

Comes now EDWARD BROWN, Plaintiff, by and through his attorney, L. Shane Tompkins, and files this his Complaint to recover damages for personal injury and exhibits same against WAL-MART STORES, INC, Defendant, and in support thereof would show unto the Court the following facts:

I.

The Plaintiff is an adult resident citizen of Monroe County, Mississippi, whose address is 713 West Short Main Street, Aberdeen, Mississippi 39730.

II.

The Defendant is WAL-MART STORES, INC., of Columbus, also known as Walmart Store #118, a foreign corporation organized and doing business under the laws of the state of Delaware and doing business in Mississippi. The Defendant's registered agent for service of process is CT Corporate Systems who may be served with process at 645 Lakeland East Drive, Suite 101, Flowood, MS 39232.

III.

On or about March 13,2021, an improperly maintained floor caused Plaintiff to fall through no fault of his own at Wal-Mart Store #118 in Amory, Mississippi, due to Defendant's negligence in maintaining and controlling its premises and allowing a hazardous condition to exist on its premises. At that time and at all times referred to herein the premises were under the

EXHIBIT A

control of the Defendant.

IV.

At the time of the injury, the Plaintiff fell, due hazardous conditions, causing numerous injuries to Plaintiff. Defendant and/or its agents had a duty to provide a safe shopping experience but breached this duty by creating a dangerous situation due to the lack of proper monitoring and maintaining the floor.

V.

Plaintiff's injuries were a direct and proximate result of the negligence and carelessness of the Defendant in the following respects:

1) Defendant knew or should have known of the "dangerous condition" as Defendant's employees were working in the area prior to and at the time of the injury and failed to correct or acknowledge said dangerous conditions;
2) Defendant failed to warn of the dangerous condition created by said action and/or inaction;
3) Defendant failed to take proper steps in repairing or remedying the dangerous conditions.

VI.

The aforesaid incident occurred as a result of and was proximately cause by the negligence of the Defendant, Walmart Stores, Inc., which consisted, *inter alia*, of the following particulars:

1) Failing to properly supervise the common areas in question so as to furnish to the Plaintiff a safe shopping area, free from hazards which were recognized or should have been recognized by the Defendant as causing or likely to cause the serious

physical harm to the Plaintiff and others;

2) Failing to maintain the above shopping area in a safe condition to ensure that the Plaintiff would not be caused to fall as a result of an improperly monitored and/or maintained floor and which were known and/or should have been known to the Defendant;

3) Failing to properly inspect or to properly monitor and maintain the shopping area wherein the Plaintiff was injured as a result of the improperly monitored and/or maintained floor.

4) Failing to maintain the premises owned by the Defendant in good and safe condition for the Plaintiff and others;

5) Failing otherwise to comply with the applicable laws and regulations of the State of Mississippi, the applicable Federal laws and regulations and the customary construction, building, and/or safety standards of the industry.

6) Otherwise failing to exercise the degree of care required under the circumstances; and

7) Otherwise being negligent.

VII.

As a direct and proximate cause of the negligence of Defendant and/or their agent(s), Plaintiff incurred damages including, but not limited to, medical costs, future medical costs, pain and suffering, and emotional distress, all past and future.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that after due proceedings are had that judgement be entered in his favor and against Walmart Stores, Inc., for all damages allowed under law, including but not limited to medical expenses, compensatory damages, and

any and all other appropriate damages, with legal interest thereon, from the date of the loss until all damages and costs of this proceeding have been paid. Plaintiff also prays for all other just and equitable relief that is warranted and/or proven at trial.

**PLAINTIFF REQUESTS A JURY TRIAL**

Respectfully submitted,

EDWARD BROWN

BY: ______________________________
L. SHANE TOMPKINS, MSB # 100001
Attorney for Plaintiff

OF COUNSEL:
L. SHANE TOMPKINS
Tompkins Law Firm
P.O. Box 1804
Columbus, MS 39703
T: (662) 328-7557
F: (662) 285-0276
shane@tompkinslawfirm.com

FILED
MAR 04 2024
DANA L. SLOAN
CIRCUIT CLERK
MONROE CO., MS
BY: ______________________________

# FEE BILL, CIVIL CASES, CIRCUIT COURT

State of Mississippi
Monroe County

Case # 2024-095-KMM Acct # Paid By CHECK 6408 Rct# 50111

| | |
|---|---|
| CLERK FEE | 85.00 |
| JURY TAX | 3.00 |
| COURT REPORTER | 10.00 |
| LAW LIBRARY | 2.50 |
| COURT CONSTITUENT | .50 |
| COURT ADMINISTRATOR | 2.00 |
| STATE COURT ED | 2.00 |
| CECF | 10.00 |
| CLAF | 5.00 |
| JUDICIAL SYSTEM OPER FUND | 40.00 |
| Total | $ 160.00 |

Payment received from THE TOMPKINS LAW FIRM PLC
P O BOX 1804

COLUMBUS MS 39703

Transaction 87403 Received 3/ 4/2024 at 12: 1 Drawer 1 I.D. ZSMITH

Current Balance Due $0.00 Receipt Amount $ 160.00

By [signature] D.C. Dana Sloan, Circuit Clerk

Case # 2024-095-KMM Acct # Paid By CHECK 6408 Rct# 50111